**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

THE CORNUCOPIA INSTITUTE,

DOMINIC MARCHESE, and

REBECCA GOODMAN,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, and

TOM VILSACK, in his official capacity as SECRETARY OF AGRICULTURE,

Defendants.

CIVIL ACTION NO. 16-cv-246

## NOTICE OF APPEAL

Notice is hereby given that the Cornucopia Institute, Dominic Marchese, and Rebecca Goodman, plaintiffs in the above-named case, appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment (Dkt. 37) entered by this Court on May 23, 2017, and the Opinion and Order (Dkt. 36) entered by this Court on May 23, 2017. The Opinion and Order granted defendants' motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim (Dkt. 23) and dismissed all counts of plaintiffs' first amended complaint.

Hope Babcock will serve as counsel of record in this matter.

DATED: July 13, 2017

Respectfully Submitted,

*/s/ Sarah J. Fox*
Sarah Fox, Staff Attorney
(N.Y. Bar No. 4801734)

Hope Babcock, Director
(Fed/D.C. Bar No. 14639)
*Counsel of Record*

Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Phone: 202-662-9535
Fax: 202-662-9634

*Counsel for Plaintiffs*